# Ademi & O'Reilly, LLP
Attorneys at Law

Guri Ademi
Shpetim Ademi          3620 East Layton Avenue          Telephone: (414) 482-8000
Robert K. O'Reilly          Cudahy, Wisconsin 53110          Facsimile: (414) 482-8001
John D. Blythin

May 13, 2014

*Via ECF*

Hon. Lynn Adelman
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

        Re:    *Rebecca Green v. The Schreiber Law Firm, PLLC*
                *Case No. 14-cv-215-LA*

Dear Judge Adelman:

      All parties in this action have reached a resolution of this action in principle. The parties are in the process of drafting and exchanging documents. Due to the nature of the resolution, the parties expect that a stipulation or unopposed motion of voluntarily dismissal will be submitted to the Court within 60 days.

      As such, Plaintiff respectfully requests that the Court not take any further action on this case. The parties also suggest that the Court close this case administratively until a stipulation or unopposed motion of dismissal with prejudice is filed.

                                               Very truly yours,
                                               ADEMI & O'REILLY, LLP


                                               /s/ John D. Blythin
                                               John D. Blythin

cc (by email): David Kennedy Bifulco, Esq.